**Order filed, July 22, 2015.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

### NO. 01-15-00489-CR

### LANCE JULIAN LAURA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Case 1314922**

---

### ORDER

The reporter's record in this case was due June 30, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Arlene Webb, the official (or substitute) court reporter, to file the record

in this appeal, if any, **within 30 days** of the date of this order.

/s/ Terry Jennings
    Acting individually